affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Charles Bright, Appellant, v. Max S. Grifenhagen, as Sheriff of the County of New York, and the National Railway Construction Company, Respondents.— Order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

William H. Barnard and Another, Respondents, v. Noah H. Swayne and Others, Impleaded with Florence de G. Shaw, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

H. Ephraim Benguiat and Another, Appellants, v. Vitall Benguiat and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

In the Matter of the Application of Nicholas Meyer, Appellant, for a Writ of Mandamus against Eugene M. Travis, Comptroller of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John A. Middleton, Respondent, Appellant, v. John Farson and Another, Appellants, Respondents.— Order modified as directed in order and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Thomas D. Rambaut and Another, Appellants, v. Gesine Engel, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Dickerson G. Baker and Another, Appellants, v. Frank H. Page and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Elvira G. Brokaw and Others, as Executors, etc., Respondents, v. Louis Sherry, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Jacob Bitterfield, Respondent, v. Adolf Aschengren, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The Toltec Mexican Oil Company, Appellant, v. The East Coast Oil Company, S. A., Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Botho Farenholtz, Respondent, v. Henry Meinshausen, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Mervyn Wolff, Respondent, v. Noel Jourda De Vaux, Impleaded with Fred S. Bennett, Appellant.— Order affirmed, with ten dollars costs and

App. Div.]          First Department, December, 1915.

disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Mervyn Wolff, Respondent, v. Noel Jourda De Vaux, Appellant, Impleaded with Fred S. Bennett.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

David N. Lightfoot and Another, Appellants, v. Samuel Meyer and Another, Impleaded with Samuel Goldstein, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Robert Looney, Respondent, v. Adolph H. Borman, Impleaded with Charles E. Quincey and Another, as Executors, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Metropolitan Trust Company of the City of New York, Respondent, v. Long Acre Electric Light and Power Company, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Clara S. Barclay, as Trustee, etc., Respondent, v. Reginald G. Barclay, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Daniel D. Sheehan v. Robert J. Moorehead, as Superintendent, etc.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The City of New York v. Globe Indemnity Company.— Motion granted, without costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York ex rel. Lewis U. Segee v. Nicholas J. Hayes, as Commissioner.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John Ziemborak v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York, Respondent, v. Charles McDonald, alias Charles Gondorf, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Philip M. Grausman, Respondent, v. Albert H. Woods, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.; Ingraham, P. J., and Clarke, J., dissented.

Adolph E. S. de Meyer, Respondent, v. Charlotte G. Breitung and Others, Doing Business under the Firm Name, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.; Smith, J., dissented.